UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| DEBORAH GLENN, | : : : | |
| Plaintiff, | : | |
| v. | : : | Case No. 3:17-cv-9098-BRM-LHG |
| JUNE STERN, *et al.* | : : | |
| | : | **ORDER** |
| Defendants. | : : | |

**THIS MATTER** is before the Court on Defendants' letter filed December 19, 2019. (ECF No. 45.) Defendants seek either an extension of the discovery schedule or leave to file a motion to dismiss. (*Id.*) In support of their requests, Defendants cite an email communication sent on behalf of Plaintiff on December 16, 2019, to the chambers of the Honorable Lois H. Goodman, U.S.M.J., advising that Plaintiff would be unavailable for the status conference that was scheduled for December 17, 2019, due to personal health reasons. The email also advises Plaintiff would be unavailable for an "undetermined amount of time."

This case has a mounting record of case management challenges due to Plaintiff's inability to participate based on her personal health reasons. In-person Settlement Conferences were cancelled on April 17 and 29, 2019. Three telephone status conference were adjourned or cancelled on September 23, October 17, and December 17, 2019. Nevertheless, having reviewed the docket and case's history, the Court is reluctant to allow Defendants to move to dismiss in light of Plaintiff's *pro se* status and her need to address her health concerns. Accordingly, and for good cause appearing,

**IT IS** on this 20th day of December 2019,

**ORDERED** that the Clerk's Office shall **ADMINISTRATIVELY TERMINATE** this case; this administrative termination is without prejudice to Plaintiff's right to re-activate the case when she is able to proceed or Defendants' right to seek leave to move for dismissal for failure to prosecute at a later time; and it is further

**ORDERED** that Plaintiff shall report in writing to the Court by **March 20, 2020** as to her ability to resume litigating this matter; and it is further

**ORDERED** that the Clerk's Office is instructed to mail a hardcopy of this letter to Plaintiff.

*/s/ Brian R. Martinotti*
**BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**